JS-6/ENTER

**FILED**
OCT - 1 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| LOUIS LOVELL DEBOSE,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>TOM FELKER, WARDEN,<br><br>　　　　Respondent. | Case No. CV 08-1422-SJO (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition herein is denied with prejudice.

Dated: _____9/30/08_____

_____
S. James Otero
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 1 2008
CENTRAL DISTRICT OF CA
BY _____